■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SERRANO, Appellant. [711 NYS2d 485] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (G. Beldock, J.), rendered May 1, 1995, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

After a *Hinton* hearing (*see, People v Hinton,* 31 NY2d 71, *cert denied* 410 US 911), the trial court improperly excluded

from the courtroom spectators that the defendant asserted were his "common law wife" and two children. The People failed to demonstrate a substantial probability that the woman and children posed a threat to the undercover officer's safety (*see, People v Nieves,* 90 NY2d 426; *People v Rentas,* 253 AD2d 469). Accordingly, the defendant is entitled to a new trial. O'Brien, J. P., Thompson, Sullivan and Altman, JJ., concur.